UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-2681 FMO (JEMx) | Date | March 20, 2020 |
|---|---|---|---|
| Title | Chris Langer v. Glenn E. Stevens, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

    Having reviewed the parties' responses to the Court's Order of February 25, 2020, (Dkt. 23), the court finds the responses insufficient. The court will set an Order to Show Cause Re: Sanctions once the court resumes normal operations and determines the manner of argument (<u>e.g.</u>, in-person or telephonic hearings) that is appropriate. Accordingly, IT IS ORDERED THAT the Order to Show Cause **(Document No. 23)** is continued pending further order of the court.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |