JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, ) | Case No. CV 19-2681 FMO (JEMx) |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| GLENN E. STEVENS, et al., ) | |
| Defendants. ) | |

Pursuant to the court's Order Re: Cross-Motions for Summary Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed as follows.  Plaintiff's First Cause of Action for Violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, et seq., is **dismissed with prejudice**.  Plaintiff's Second Cause of Action for Violation of the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, et seq., is **dismissed without prejudice**.

Dated this 30th day of November, 2020.

_____
/s/
Fernando M. Olguin
United States District Judge